# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | SA:22-CR-00461(1)-JKP |
| § | |
| (1) ALEJANDRO RICHARD VELASQUEZ § | |
| GOMEZ | |

## ORDER RESETTING SENTENCING - (IN PERSON)

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING - (IN PERSON)** in Courtroom B, on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Wednesday, October 11, 2023 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 22nd day of August, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE