UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO. SA-22-CR-461 JKP |
| ALEJANDRO RICHARD VELASQUEZ GOMEZ | § § § | |

DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

TO THE HONORABLE JASON K. PULLIAM, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Alejandro Richard Velasquez Gomez files this Unopposed Motion to Continue Sentencing, and would show this Honorable Court as follows:

I

This case is scheduled for sentencing on February 14, 2023.  Counsel needs additional time to complete and finalize sentencing issues.  Counsel respectfully requests a thirty (30) day continuance.

II

Counsel for the government, Assistant United States Attorney Kelly Stephenson does not oppose the relief requested.

III

FOR THESE REASONS, Defendant prays this Honorable Court will continue the sentencing hearing in the above-styled and numbered cause for thirty (30) days.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ MOLLY LIZBETH ROTH
Assistant Federal Public Defender
Western District of Texas
300 Convent Street, Suite 2300
San Antonio, Texas 78205
(210) 472-6700
(210) 472-4454 (Fax)
State Bar Number: 24040140

*Attorney for Defendant*


CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2024, I electronically filed the foregoing Defendant's Unopposed Motion to Continue Sentencing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Stephenson
Assistant United States Attorney
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78216

/s/ MOLLY LIZBETH ROTH
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> V. § <br> § <br> ALEJANDRO RICHARD § <br> VELASQUEZ GOMEZ § | CAUSE NO. SA-22-CR-461 JKP |

**O R D E R**

On this date came on to be considered the Defendant's Unopposed Motion to Continue Sentencing, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

It is therefore ORDERED that the sentencing be continued in the above-styled and numbered cause.

SO ORDERED on this the _____ day of February 2024.

_____
JASON K. PULLIAM
United States District Judge